IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENDALL KIANA STEPHENS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, Commissioner of | : | NO.  18-3954 |
| Social Security | : | |

## O R D E R

AND NOW, this  25th      day of July, 2019, upon consideration of

Plaintiff's request for review (Doc. 12), the response (Doc. 13), and after careful

consideration of the administrative record (Doc. 10), IT IS HEREBY ORDERED that:

1.      Judgement is entered REVERSING the decision of the Commissioner of
Social Security for the purposes of this remand only and the relief sought
by Plaintiff is GRANTED to the extent that the matter is REMANDED for
further proceedings consistent with this adjudication; and

2.      The clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.